# CRIMINAL DOCKET U.S. District Court

| | | | |
|---|---|---|---|
| PO ☐ | 539 Assigned 4 | 3998 Disp./Sentence 3916 | WRIT ☐ JUVENILE ☐ ALIAS ☐ |
| Misd. ☐ | | | |
| Felony ☒ District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ |

vs. ● PACE, JACKY RONALD

Case Filed: 02 22 89
No. of Def's: 3
U.S. MAG. CASE NO.: 4-89-15-M
Docket No.: 89 00034
Def: 1

**I. CHARGES** — DAVID O. BELEW, JR.

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | CONSPIRACY - Ct 1  Offense committed 1/18/89 - 2/6/89 | 1 | |
| 21:841(a)(1) | DISTRIBUTION OF AMPHETAMINES - Cts 2-6 | 5 | |
| | Offenses committed 1/18/89 - 1/30/89 | | |
| | a Schedule II Controlled Substance | | |
| 21:841(a)(1) | POSSESSION WITH INTENT TO DISTRIBUTE AMPHETAMINE - Ct 7 | 1 | |
| | Offense committed 2/6/89  a Schedule II Cont Substance | | |
| 21:841(a)(1) | POSSESSION WITH INTENT TO MANUFACTURE AMPHETAMINE - Ct 8 | 1 | |
| | Offense committed 2/6/89  a Schedule II Cont Substance | | |
| 18:924(c) | USING FIREARMS DURING DRUG TRAFFICKING CRIME - Ct 9 | 1 | |
| | Offense committed 2/6/89 | | |

30 = 3/24/89
70 = 5/3/89
90 = 5/17/89

CLOSED 1990   NOV 0 9 1989

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE 2-6-89 ☒ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint | KEY DATE 2-22-89 ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver | KEY DATE 2-7-89 a)☒ 1st appears on pending charge /R40 b)☐ Receive file R20/21 c)☐ Supedg:☐ Ind☐ Inf d)☐ Order New trial e)☐ Remand f)☐ G/P Withdrawn |
| EARLIEST OF | APPLICABLE | KEY DATE 9-11-89  APPLICABLE |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | | FINAL CHARGES DISMISSED | |
|---|---|---|---|---|---|---|---|---|
| 2/15/89 | 3/17/89 | 9-11-89 | RE-TRIAL | 9-11-89 | 4-9-90 | ☐ PTD ☐ Nolle Pros. | ☐ on S.T. grounds ☐ W.P. ☐ WOP | ☐ on def motion ☐ on gov't motion |

☒ Trial (voir dire) began ☒ Jury ☐ N.J.

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued | | | INITIAL APPEARANCE DATE ▶ 2/7/89 | | AHM/39AG | ☐ DISMISSED |
| Return | | | PRELIMINARY EXAMINATION  Date Scheduled ▶ /10/89  1:30 pm BH | | | ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued | | | ☐ REMOVAL OR HEARING  Date Held ▶ 2/15/89 | | AHM/39AG | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Served | | | ☐ WAIVED ☒ NOT WAIVED | Tape Number 3591-3593, 3595-3596, 3597-3600 | | |
| Arrest Warrant Issued | 2/2/89 | AHM/39AG | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | 2/2/89 | AHM/39AG | | | | |
| Date of Arrest 2/6/89 | OFFENSE (In Complaint) Consp to Dist Amphetamine  21:846 | | | | AUSA  Means  DEA  Lunt | |

Show last names and suffix numbers of other defendants on same indictment/information:
→ 2. Lewis & 3. Gilreath

RULE  20  21  40  In  Out

## IV. ATTORNEYS

**U.S. Attorney or Asst.**

Fred Schattman    334-3291

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Tim Evans
202 Sundance Square
115 W. 2nd St.
Fort Worth, Texas  76102

817/~~336-5681~~ 332-3822

R.H. Wallace, Jr.
201 Main St.
Ft. Worth, TX
336-9333

## NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Jacky Ronald Pace
4 Paradise Acres
Mansfield, Texas

817/477-4725
SS#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

### BAIL ● RELEASE

**PRE-INDICTMENT**

Release Date
☐ Bail Denied    ☐ Fugitive    ☐ Pers. Rec.
AMOUNT SET $_____    ☐ PSA
Conditions
Date Set    ☐ 10% Dep.   ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

**POST-INDICTMENT**

Release Date
☐ Bail Denied    ☐ Fugitive    ☐ Pers. Rec.
AMOUNT SET $_____    ☐ PSA
Conditions
Date Set    ☐ 10% Dep.   ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

☒ Docket Entries Begin On Reverse Side

| DATE / DOCUMENT NO. | V. PROCEEDINGS | | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|
| **1989** | | | | | |
| Feb 2 | COMPLAINT | AHM/cc | | | |
| Feb 2 | Issued WARRANT FOR ARREST | AHM/cc | | | |
| Feb 7 | Received PRETRIAL SERVICES REPORT | cc | | | |
| Feb 7 | ORDER FIXING DATES | AHM/cc | | | |
| Feb 7 | Government's MOTION FOR PRETRIAL DETENTION | cc | | | |
| Feb 7 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT | AHM/cc | | | |
| Feb 10 | CJA-20 APPOINTMENT VOUCHER - Tim Evans | AHM/cc | | | |
| Feb 13 | Second ORDER OF TEMPORARY DETENTION PENDING HEARING | AHM/cc | | | |
| Feb 15 | Detention and Preliminary Hearing - Deft pres w/appt counsel Tim Evans - Gov witnesses sworn & testified Court finds probable cause and cause for detention | | | | |
| Feb 17 | ORDER OF DETENTION PENDING TRIAL | AHM/cc | | | |
| Feb 21 | RETURN ON WARRANT OF ARREST, exec. 2/6/89 | cc | | | |
| Feb 22 | INDICTMENT (7) | eb | | | |
| Mar 17 | MINUTE ORDER (1) Deft, Appt Atty Tim Evans & AUSA Schattman present for arraignment...deft enters a not guilty plea... Judge Belew is assigned...trial set on 4/3/89 at 9:00 a.m...counsel given 15 days to file motions... deft returned to custody of US Marshal. | dd | | | |
| Apr 12 | ORDER...cc all cnsl..dktd 4/12/89 (1) cc: USMag, AUSA, USMar, USProb, Pretrial & Atty ORDERED...all pretrial motions due on or before 4/21/89 | DOB/jhs | | | |
| Apr 21 (58 days used) | MOTION TO EXTEND TIME FOR FILING ADDITIONAL MOTIONS (DEFT) (2) | eb | 4-21-89 | | |
| | MOTION AND MEMORANDUM TO SUPPRESS (DEFT) (3) | eb | | | |
| | MOTION AND MEMORANDUM FOR DISCOVERY, PRODUCTION AND INSPECTION OF EVIDENCE (DEFT) (11) | eb | | | |
| | MOTION TO ADOPT MOTIONS, BRIEFS AND MEMORANDUM OF LAW OF CO-DEFENDANTS (DEFT) (2) | eb | | | |
| | DEFENDANT'S PRE-TRIAL MOTION AND MEMORANDUM TO REQUIRE DISCLOSURE OF AGREEMENTS BETWEEN THE GOVERNMENT AND GOVERNMENT WITNESSES (DEFT) (7) | eb | | | |
| | DEFENDANT'S PRE-TRIAL MOTION AND MEMORANDUM OF LAW FOR DISCLOSURE OF EXCULPATORY EVIDENCE (DEFT) (7) | eb | | | |

CONTINUED TO PAGE

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET   *U. S. vs*<br>JACKY RONALD PACE<br>AO 256A | | CR4-89-34<br>Yr.  Docket No.  Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) (b) (c) (d) |
|---|---|---|
| 1989<br>May 1 | MINUTE ORDER (2)                                                jhs<br>Case called and Atty Evans for Deft Pace, Atty<br>Courtney for Deft Gilreath, and Atty Curry for<br>Deft Lewis along with AUSA Schattman announced<br>ready to proceed with Motion to Suppress.  One<br>Government witness, nine witnesses for Pace and<br>five witnesses for Deft Lewis all sworn.  Rule<br>Invoked and testimony began.  Atty Danny Burns<br>explained to Crt that he was help Atty Bob Courtney<br>with the case.  Deft Gilreath stated she understood<br>and was in compliance with her crt appt Atty; therefore<br>Atty Burns represented Deft Gilreath at Motion<br>to Suppress hearing.  Gov't presented Exhibit #<br>1 and Exhibit # 2 - Crt admitted both exhibits.<br>Testimony given - Crt adjourned and held Motion<br>to Suppress in abeyance until notes f/Officer Garcia<br>and Officer Rash could be produced. | |
| May 15 | MOTION FOR CONTINUANCE AND WAIVER OF SPEEDY TRIAL<br>(DEFT) (4)                                                    eb | |
| May 17 | MOTION TO DETERMINE MENTAL COMPETENCY OF DEFENDANT<br>(2)                                                             jhs<br>**ORDER...cc all cnsl..dktd 5/17/89 (1)**         DOB/jhs<br>Deft's Mot to Determine Mental Competency is<br>granted | |
| May 18 | **ORDER...cc all cnsl..dktd 5/18/89 (1)**         DOB/jhs<br>Case is continued until 8/21/89-9:00 a.m. | |
| May 19 | ORDER...cc to all counsel..dktd 5/19/89 (2)     DOB/csr<br>ORDERED that Jacy Ronald Pace, committed to the custody of<br>the Attorney General for placement in a suitable facility<br>he may be examined for the purpose of determining the<br>competency of the Def to stand trial.  Crt further<br>ORDERS that exam shallbe conducted in a suitable facility<br>closest to the Court. FURTHER ORDERED that exam will<br>be conducted pursuant to the time provisions and at com-<br>pletion of exam, the examiners will prepare and file with<br>the Crt, with a copy to counsel for the Def and the<br>atty for the government, the written reports as described<br>in 18 U.S.C. 4247(c).  Report should include, the exam-<br>iner's opinion as to Def is suffering from a mental dis-<br>ease or defect rendering him mentally incompetent to under-<br>stand the proceedings against him.  FURTHER ORDERED<br>that upon completion and filing of said reports with the<br>Crt, that the Def be returned to this Crt for hearing<br>pursuant to the provisions of 18 U.S.C. 4247(d). | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | | (a) \| (b) \| (c) \| (d) |
| June 22 | ORDER...cc to all counsel/dktd 6/25/89 (2)   DOB/csr<br>ORDERED that upon completion of the examination, the examiners will prepare and file with the Crt, with a copy to counsel for the Drfendant and the atty for the the govt, the written reports as described in 18 U.S.C. 4247 (c). ORDERED that the period of study of JACKY RONALD PACE be and is hereby extended until July 10, 1989. The report should include the examiner's opinion as to whether or not Pace understands the nature and consequences of the proceedings against him or to assist properly in his defense. FURTHER ORDERED that upon completion and filing of said reports with the Crt. that the Deft be returned to this Crt for hearing pursuant to the provisions of 18 U.S.C. 4247(d). | |
| Jul 12 | RETURN OF ORDER EXECUTED ON 6/10/89 BY DELIVERING<br>DEFT TO SPRINGFIELD, MO (1)                          eb | |
| Aug 4 | **ORDER...cc all cnsl..dktd 8/7/89 (1)**              DOB/jhs<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>ORDERED...Mental Competency hrng is set for Tuesday, 8/15/89 - 8:00 a.m. | |
| Aug 15 | MINUTE ORDER (1)                                      jhs<br>Court outlined facts surrounding the case to deft. Deft Pace, Atty Evans and Atty Wallace present for hearing. Atty Evans and Atty Wallace requested Crt's permission to have deft evaluated by a psychiatrist of their choosing. Crt GRANTED. Hearing is rest for Friday, 8/25/89 - 2:00 p.m. Atty are to have their Motion for Appt of Psychiatrist to crt no later than noon, 8/16/89 | |
| Aug 15 | **ORDER...cc all cnsl..dktd 8/15/89 (1)**             DOB/jhs<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>ORDERED...hrng is set for Friday, 8/25/89 - 2:00 p.m. to determind the mental competency of Deft JACKY RONALD PACE | |
| Aug 17 | **ORDER...cc all cnsl..dktd 8/17/89 (3)**             DOB/jhs<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>ORDER FOR PSYCHIATRIC EXAMINATION...Dr. Barry Norman , 4100 South Hulen St, Suite 230, Fort Worth, TX ...report is due 8/24/89 - 12:00 o'clock | |
| ~~Nov 15~~ | ~~ORDER...cc all cnsl...dkt 11/16/89 (1)~~            ~~DOB/jhs~~<br>~~cc: USMag, AUSA, USMar, USProb, Pretrial & Atty~~<br>docketed on wrong page - clerk's error | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  U. S. vs JACKY RONALD PACE  AO 256A | 89 - 034-K |
|---|---|
| | Yr. \| Docket No. \|Def. |

| DATE | PROCEEDINGS (continued) —(Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| **1989** Aug 24 | RECEIVED REPORT – SEALED | |
| Aug 25 | MINUTE ORDER (1) CAse called and AUSA Schattman present, Atty Tim Evans, Atty R. H. Wallace, present for hearing on Mental Competency of Deft...Crt finds that deft is competent to stand trial – Case set for 9/11/89 | jhs |
| Sep 5 | TRANSCRIPT OF MOTION TO SUPPRESS TAKEN ON 5/1/89 (150)  eb | |
| Sept 11 | MINUTE ORDER (1)  jhs Case called – AUSA Randy Means present along with Atty Tim Evans and Deft Jacky Ronald Pace. Both sides announced ready to proceed to trial. Jury Selection to begin at 9:30 am. | |
| | MINUTE ORDER (1)  jhs Jury selection began-Crt introduced Attys to jury panel. Voir Dire conducted and Jury selected. Jury excused until 9:00 a.m 9/12/89 -9:00 am - trial will begin at this time | |
| | WITNESS LIST (2) gov't  jhs | |
| | JURY ROLL (4) (+ strike lists)  jhs | |
| Sept 12 | GOVERNMENT EXHIBIT LIST (3)  jhs | |
| | MINUTE ORDER (1)  jhs Motion in Limine filed orally and CRT GRANTED - Informant's name will not be revealed. Jury Sworn Indictment read by AUSA. Deft entered a plea of "NG" to all 9 counts. Opening Remarks made by AUSA. Deft's reserved the right to opening remarks - Trial began. | |
| | EXHIBIT CARD - signed by AUSA Means - all exhibits admitted returned to AUSA to be returned to CRT on 9/13/89 - 9:00 a.m. | |
| Sept 13 | MINUTE ORDER (1)  jhs Jury trial continued | |
| | EXHIBIT CARD - signed by DEA Agent - illegible - all exhibits admitted returned to DEA Agent to be returned to CRT on 9/14/89 - 9:00 a.m. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A   JACKY RONALD PACE   89-034

| DATE | PROCEEDINGS (continued) (Document No.) | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1989** Sept 14 | MINUTE ORDER (1)<br>Jury Trial continued<br>Crt recessed for day - Jury deliberation began at 3:20 pm<br>Deliberation to continued on 9/15/89 | jhs | | | | |
| | CHARGE OF COURT (24) | jhs | | | | |
| | JURY QUESTIONS (one envelope - 3 questions) | jhs | | | | |
| Sept 15 | MINUTE ORDER (1)<br>Jury deliberation continued.  At 2:20 pm jury instructed Crt that a verdict on Count 9 could not be reached.  Crt called jury into the crtroom and instructed them as to the Charge and told them to try once again.  At 3:05 a verdict was rendered.  GUILTY on **all** 9 counts | jhs | | | | |
| | VERDICT (1)<br>Guilty - all 9 counts | jhs | | | | |
| | ORDER...cc all cnsl..dktd 9/18/89 (2)<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>SCHEDULE ORDER FOR SENTENCING UNDER LOCAL<br>  RULE 10.9 (GUIDELINES SENTENCING)<br>PSR disclosed and delivered by noon   - 10/13/89<br>Written objection to PSR due by noon  - 10/27/89<br>    (14 days after disclosure of PSR)<br>Upon adoption of PSR: **SENTENCING DATE** - 11/3/89<br>    (7 days after adoption statement)<br>Addendum to PSR due by noon           - 11/3/89<br>    (7 days after objections delivered)<br>Written objection to addendum due     - 11/10/89<br>    (7 days after addendum delivered)<br>**NEW SENTENCING DATE**                   - 11/17/89<br>    (7 days after addendum)<br><br>Trial exhibits placed in Clerk's Office - drugs and guns returned to AUSA - Exhibit Card signed and placed in file | DOB/jhs | | | | |
| Oct 5 | TRANSCRIPT OF MENTAL COMPETENCY HEARING TAKEN ON 8/25/89 (36) | eb | | | | |
| Nov 14 | MOTION FOR CONTINUANCE OF SENTENCING (DEFT) (2) | eb | | | | |
| Nov 15 | **ORDER**...cc all cnsl...dkt 11/16/89 (1)<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>sentencing reset for 1/16/90 - 9:00 a.m. | DOB/jhs | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET | U. S. vs<br>JACKY RONALD PACE | CR4-89-34 |
| AO 256A | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 1989 | | |
| 1990 | | |
| Oct 19 | ORDER...cc all cnsl...dkt 10/19/90 (1)<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>SENTENCING FOR THE FOLLOWING DEFENDANT HAS BEEN<br>RESET FOR **NOVEMBER 9, 1990 - 9:00 a.m.**<br>JACKY RONALD PACE | DOB/jhs |
| Nov 7 | MOTION FOR ASSESSMENT OF ENHANCED PENALTIES<br>(USA) (2) | eb |
| Nov 9 | MINUTE ORDER (1)<br>Case called and Deft Pace and Atty Tim Evans<br>and Atty R. H. Wallace present on behalf of<br>Deft Pace. Crt explained facts surrounding<br>case and deft was in compliance. Atty Evans<br>and Atty Wallace addressed the Crt and stated<br>objections to PSR. Crt overruled. Crt explained<br>Max Punishment and deft understood. **SENTENCING:**<br>CR4-89-034: FBOP: 382 months (262 months<br>on each Count 1-8 to run concurrently and<br>60 months to be served consecutively, pursuant<br>to 18 USC 3147); 60 months on Ct 9 to run<br>consecutively to sentences imposed in Counts<br>1-8; MSA: $450.00; remanded to USMarshal;<br>Right to Appeal explained to deft and signed<br>in open Crt. CR4-87-082: life w/out parole<br>on Count 5; 15 yrs on Ct 1 to run concurrent<br>with Ct 5; 15 yrs on Count 2 to run concurrent<br>w/Crt 5; 10 yrs on Cts 6-31 to run concurrent<br>w/each other and to run concurrent w/Ct 5;<br>5 yrs on Ct 34 and to run concurrent w/Ct<br>5; 5 yrs on Ct 43 to run concurrent with Ct<br>5. Right to Appeal given to deft and signed<br>in open crt. Deft remanded to custody of<br>USMarshal.<br><br>NOTICE OF RIGHT TO APPEAL (1) | jhs<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>jhs |
| NOV 19 1990 | JUDGMENT AND COMMITMENT ORDER (5)<br>cc to USMag; AUSA; Atty; Collections; Press,<br>MF; Statistical; Criminal;<br>3 cert to USMarshal<br>2 cert to USProbation<br>dkt **NOV 19 1990** | DOB/jhs |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1990** | | |
| Nov 15 | NOTICE OF APPEAL by Jacky Ronald Pace, From Judgment entered on 11/09/90. No fee, Transcript Order given. Copy of notice to Judge, pretrial, probation, AUSA, marshal, Defendant's atty. (Deft) (1)  bf | |
| Nov 26 | Mailed certified cys of Notice and docket entries to USCA5  bf | |
| Dec 10 | TRANSCRIPT ORDER for 2/15/89 Detention/Preliminary Hearing; 5-1-89 Suppression Hrg; 8/12/89 Competency Hrg; 8/25/90 Competency Hrg; 9/11/89 Trial thru 9/15/89 trial; 11/9/90 sentencing (2)  pm | |
| **1991** | | |
| Jan 14 | Cert. cy. of ORDER of USCA5: motion of Tim Evans to w/draw as ct.-appt. cnsl. and substitute R.H. Wallace is GRANTEd  Cy. judge  pm | |
| Feb 1 | TRANSCRIPT OF STATEMENT OF DETENTION HEARING TAKEN ON 2/15/89 (69)  eb | |
|  | TRANSCRIPT OF VOIR DIRE - TAKEN ON 9/11/89 (56)  eb | |
|  | TRANSCRIPT OF STATEMENT OF FACTS - VOLUME I - TAKEN ON 9/12/89 (223)  eb | |
|  | TRANSCRIPT OF STATEMENT OF FACTS - VOLUME II - TAKEN ON 9/13/89 (236)  eb | |
|  | TRANSCRIPT OF STATEMENT OF FACTS - VOLUME III - TAKEN ON 9/14/89 (129)  eb | |
|  | TRANSCRIPT OF SENTENCING - TAKEN ON 11/9/90 (28) eb | |
| Feb 27 | Mailed original record on appeal to USCA5: 1 vol. case papers, 8 vols. transcript, 2 sealed envelopes containing pretrial svcs. report and presentence report & 2 envelopes of exhibits  pm | |
| June 4 | ORDER...cc all cnsl...dkt 6/4/91 (6)  DOB/jhs cc: USMag, AUSA, USMar, USProb, Pretrial & Atty ORDER...Clerk prepare and certify a supplemental record to show that the instruction which is attached hereto as Attachment A was delivered by the Crt on September 15, 1989 as indicted on p.214, Vol 1, Record on Appeal...ORDERED...Clerk include within the supplemental record two letters, attached hereto as Attachments B and C, which were received by the Crt during the pendency of this cause...ORDERED | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET | U.S. vs JACKY RONALD PACE | 4-89-034 | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1991** June 4 | continued<br>Clerk transmit the supplemental record to the Court of Appeals for inclusion in the record of the cause as No. 90-1992. | |
| Jun 4 | MOTION FOR CORRECTION OF RECORD ON APPEAL (USA) (9)      eb | |
| Jun 12 | DEFENDANT'S OBJECTION TO GOVERNEMNT'S MOTION FOR CORRECTION OF RECOND ON APPEAL AND COURT'S ORDER OF JUNE 4, 1991 (DEFT) (4)      eb | |
| Jul 24 | Mailed one vol. supplemental record to USCA5      pm | |
| *** Oct 28 | ORDER...cc all cnsl...dkt 10/28/92 (1)      DOB/jhs<br>cc: USMag, AUSA, USMar, USProb, Pretrial & Atty<br>Hearing - 9:00 a.m. 11/7/91 to determine the missing portion of the record | |
| Nov. 7 | MINUTE ORDER (1) Hearing on Order to Remand...      bg<br>DEFT, JACKY RONALD PACE, DEFT'S ATTYS R.H.WALLACE & TRACY VAUGHN; AUSA JOE LOCKHART & MIKE SANDERS present...case called...Govt announced ready...Defense announced ready...Govt called witnesses DONNA DUMOUCHEL & ROBERT WILSON DAY, Jury Forman...witnesses sworn and testified...Govt's Exhibit 1 admitted...Defense called witnesses TIM EVANS & R.H. WALLACE...witnesses sworn & testified...Deft's Exhibit 1 admitted...Court rules that the Court did read the Allen charge, and it is the Court's opinion, based on past experience, that Tim Evans would have objected to the reading of the Allen Charge..... | |
| Nov 7 | Received Govt's Exhibit 1 & Deft's Exhibit 1... placed in dungeion | |
| *** Oct 25 | Cert. cy of ORDER of USCA5: Case remanded for limited purpose of allowing dist. judge to conduct hrg. and determine, w/full participation of all parties, the content of missing portion of the record; USCA5 retains jurisdiction over balance of case, holding ruling until supp. record filed   cy. judge      pm<br>Recd. back from USCA5 1 vol. case papers, 8 vol. transcript, 2 sealed env. and 2 env. exhibits | |
| Dec 6 | **ORDER (1) cc all cnsl... dktd 12/6/91 ...**      DOB/bg<br>...After a hearing on Nov. 7, 1991...the Court is of the opinion and finds, based on the testimony of Donna DuMouchel, Court Reporter, and Robert Wilson Day, Jry Foreman...that the Court gave the Allen charge to the Jury after the Jury indictaed it was divided on reaching a unanimous verdict.... | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1991 | | | | | |
| Dec 9 | Mailed original record back to USCA5: 1 vol. original record, 2 vols supplemental record, 8 vols. transcript, 1 envelope trial exhibits, 1 sealed envelope and 1 envelope exhibits to 11-7-91 hearing    pm | | | | |
| Dec 9 | TRANSCRIPT OF HEARING ON ORDER OF REMAND BY THE FIFTH CIRCUIT (36)    eb | | | | |
| Dec 19 | Mailed 12-9-91 TRANSCRIPT to USCA5 on appeal    pm | | | | |
| 1994 | | | | | |
| Jan 13 | Certified Copy of JUDGMENT OF FIFTH CIRCUIT - Affirming District Court Judgment - Issued as Mandate 1/10/94 (1)    eb | | | | |
| | Certified copy of published OPINION OF FIFTH CIRCUIT in accordance with Judgment above (23)    eb | | | | |
| | Received back from Fifth Circuit 1 volume case papers, 1st Supplement, 2nd Supplement, 9 volumes transcripts, Presentence reports (returned to Probation), Govt's exhibits returned to AUSA Schattman, & Deft's Exhibits returned to Atty Evans.    eb | | | | |