# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Jacky Ronald Pace |
| Case No.: | 4:89-CR-00034-K(1) |
| Name of Sentencing Judge: | U.S. District Judge David O. Belew, Jr. |
| Date of Original Sentence: | November 9, 1990 |
| Original Offense: | Count 1: Conspiracy, in violation of 21 U.S.C. § 846; Counts 2-6: Distribute of Amphetamines, in violation of 21 U.S.C. § 841(a)(1); Count 7: Possession with Intent to Distribute Amphetamine, in violation of 21 U.S.C. § 841(a)(1); Count 8: Possession with Intent to Manufacture Amphetamine, in violation of 21 U.S.C. § 841(a)(1); and Count 9: Using Firearms During Drug Trafficking Crime, in violation of 18, U.S.C. § 924(c). |
| Original Sentence: | 262 months on counts 1-8, to be served concurrently, 60 months to be served consecutively, 60 months on Count 9 to run consecutively to the sentences imposed in Counts 1 through 8 for a total of 382 months, 3-year term of supervised release. |
| Revocations: | None |
| Type of Supervision: | Supervised Release     Date Supervision Commenced: |
| Assistant U.S. Attorney: | Frederick M. Schattman     Defense Attorney: Tim Evans (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information is being presented for the Court's review and decision:

According to the Federal Correctional Institution in Seagoville, Texas, Jacky Ronald Pace died while in the custody of the Bureau of Prisons (BOP). The preliminary cause of death appears to be from cardiovascular distress secondary to COVID-19. Subsequent BOP records indicate Mr. Pace died on July 25, 2020.

Additionally, a press release on July 25, 2020 by the Office of Public Affairs with the Federal Bureau pf Prisons confirms the death of Mr. Pace.

### II.

The probation officer recommends the following action for the Court to consider:

It is respectfully requested the Court close interest in this case as of July 25, 2020, as a result of Mr. Pace's death.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on August 24, 2020
Respectfully submitted,

Approved,

s/Veronica Salas
U.S. Probation Officer
Dallas Division
Phone:  214-753-2489

s/Darwin Shaw
Supervising U.S. Probation Officer
Phone:  214-717-1304

---

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

*(signature)*

The Honorable Ada E. Brown
U.S. District Judge

8/26/2020
Date

VS

*Attachment